

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00351-CV

**IN THE INTEREST OF T.E.C.,** I.A.C., and M.R.C., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-01552
Honorable Angelica Jimenez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED January 6, 2021.

Liza A. Rodriguez, Justice